IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA PARKS o/b/o K.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO. 08-4641 |

**ORDER**

**AND NOW**, this 18th day of March, 2010, upon consideration of Plaintiff's Complaint requesting review of the adverse decision of the Commissioner of the Social Security Administration (Docket No. 3) and all documents filed in connection therewith, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Docket No. 14), Plaintiff's Objections thereto (Docket No. 15), and Defendant's Response to Plaintiff's Objections (Docket No. 16), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Plaintiff's Request for Review of the adverse decision of the Commissioner of the Social Security Administration is **DENIED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant.

5. The Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.